IN UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOE WISE                                                                                           PLAINTIFF

vs.                                        Civil No. 2:21-cv-02067

KILOL KIJAKAZI                                                                               DEFENDANT
Commissioner, Social Security Administration

**REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court is Defendant's Motion to Remand. ECF No. 18. Plaintiff has no objections to this Motion. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2009), the Honorable P. K. Holmes, III referred this case to this Court for the purpose of making a report and recommendation. In accordance with that referral, this Court enters the following report and recommendation.

Defendant requests Plaintiff's case be remanded pursuant to Sentence Four of 42 U.S.C. § 405(g) so the Commissioner can conduct further proceedings. ECF No. 18. Plaintiff does not oppose the granting of this Motion. *Id.*

Based upon the foregoing, this Court recommends Defendant's Unopposed Motion to Remand (ECF No. 18) be **GRANTED,** and Plaintiff's case be reversed and remanded to the Social Security Administration for further administrative review pursuant to Sentence Four of 42 U.S.C. § 405(g).

**The Parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Parties are**

reminded that objections must be both timely and specific to trigger *de novo* review by the district court.  *See Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).

ENTERED this 19th day of January 2022.

/s/ *Barry A. Bryant*
**HON. BARRY A. BRYANT**
**UNITED STATES MAGISTRATE JUDGE**