IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOE B. WISE                                                                                   PLAINTIFF

v.                                        CASE NO. 2:21-CV-2067

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION                                                DEFENDANT

### ORDER

The Court has received proposed findings and recommendations (Doc. 21) from United States Magistrate Judge Barry A. Bryant. There have been no objections. The Magistrate recommends that the Court deny Defendant's Unopposed Motion to Remand (Doc. 18) be granted. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

IT IS THEREFORE ORDERED that Defendant's Unopposed Motion to Remand (Doc. 18) is GRANTED and this case is remanded to the Social Security Administration.

Judgment will be entered accordingly.

IT IS SO ORDERED this January 20, 2022.

/s/ P. K. Holmes III
P. K. HOLMES III
U.S. DISTRICT JUDGE