**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

JOE B. WISE                                                                                     PLAINTIFF

v.                                          CASE NO. 2:21-CV-2067

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION                                      DEFENDANT


**<u>JUDGMENT</u>**

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED,

and ADJUDGED that the decision of the Administrative Law Judge is REVERSED, and this case

is REMANDED to the Commissioner for further consideration pursuant to sentence four of 42

U.S.C. § 405(g).

**IT IS SO ORDERED** this January 20, 2022.


*/s/ P. K. Holmes* III
P. K. HOLMES III
U.S. DISTRICT JUDGE